

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

CHINATOWN VOTER EDUCATION ALLIANCE,
YOUNG KOREAN AMERICAN SERVICE AND
EDUCATION CENTER, INC., KOREAN AMERICAN
VOTERS' COUNCIL, CHINESE AMERICAN VOTERS
ASSOCIATION, and BYUNG SOO PARK, FUN MAE
CHIN ENG, SHINY LIU, KIT FONG YEUNG and
YOUNG SOOK NA,

         STIPULATION OF
         DISMISSAL

         06 CIV 913 (NRB)

         Plaintiffs,

-against-

MARCUS CEDERQVIST, in his official capacity as
Executive Director of the Board of Elections in the City of
New York; COMMISSIONERS OF ELECTIONS:
TERRENCE C. O'CONNOR, JUAN CARLOS
POLANCO, JULIE DENT, NERO GRAHAM JR.,
NANCY MOTTOLA-SCHACHER, JAMES J. SAMPEL,
GREGORY SOUMAS, FREDERIC M. UMANE, and
MARYANN YENNELLA,

         Defendants.

--------------------------------------------------------------- x

        WHEREAS, Plaintiffs Chinatown Voter Education Alliance, Young Korean American Service and Education Center, Inc., Korean American Voters' Council, Chinese American Voters Association (collectively, the "Community Organizations"), Byung Soo Park, Fun Mae Chin Eng, Shiny Liu, Kit Fong Yeung and Young Sook Na (collectively, the "Individual Plaintiffs" and collectively with Community Organizations, the "Plaintiffs") filed a complaint in the United States District Court for the Southern District of New York on February

2, 2006 seeking declaratory and injunctive relief (the "Complaint") pursuant to the Voting Rights Act of 1965 ("VRA");

**WHEREAS**, the Complaint alleged that Defendants John Ravitz, in his official capacity as Executive Director of the Board of Elections in the City of New York, Terrence C. O'Connor, Joseph Savino, Anthony Como, Jeannette Gadson, Nero Graham, Jr., Nancy Mottola-Schacher, James J. Sampel, Gregory Soumas, Frederic M. Umane, and Maryann Yennella, in their official capacities as Commissioners of Election (collectively, the "Defendants") violated Sections 203 and 208 of the VRA;

**WHEREAS**, on April 4, 2006, Defendants filed their answer to the complaint in which they denied that they had not fully complied with all of the provisions of Section 203 and 208;

**WHEREAS**, the Parties entered into a Memorandum of Understanding ("MOU") outlining the terms of the Parties settlement and pursuant to which the Parties agreed to dismiss all of the claims related to this litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by, between, and among the Parties, that the Complaint shall be, and hereby is, dismissed with prejudice with each party bearing its own expenses, costs of court, and attorneys' fees.

Dated: New York, New York
May 22, 2008

MICHAEL A. CARDOZO
Corporation Counsel
of the City of New York

By: *[signature]*
Stephen Kitzinger
Assistant Corporation Counsel
Attorney for Defendants
100 Church Street
Room 2-126
New York, NY 10007-2601
(212) 788-0849

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND

By: *[signature]*
Kenneth Kimerling
Glenn D. Magpantay
Attorneys for Plaintiffs
99 Hudson Street, 12th Floor
New York, New York 10013-2815
(212) 966-5932

WEIL, GOTSHAL & MANGES LLP

By: *[signature]*
Steven Alan Reiss
Andrew Ryu
Ryan P. Poscablo
Attorneys for Plaintiffs
767 Fifth Avenue
New York, NY 10153
(212) 310-8007

*[signature]*
SJ. ORD n.
6/10/08

-3-